### IN THE UNITED STATES DISTRICT COURT
### FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| FELIX MEDINA,<br><br>        *Plaintiff,*<br><br>v.<br><br>MENASHA PACKAGING CORP.,<br><br>        *Defendants.* | CIVIL ACTION<br>NO. 23-4956 |

### ORDER

**AND NOW**, this 7th day of October, 2024, upon consideration of Defendants' Motion for Summary Judgment, (ECF No. 20), Plaintiff's Response, (ECF No. 21), and Defendant's Reply (ECF No. 22), and after holding oral argument, (ECF No. 28), it is hereby **ORDERED** as follows:

1. Defendants' Motion for Summary Judgment as to Counts I and II of the Complaint is **GRANTED** and judgment shall be entered in favor of Menasha Packaging Corporation.[1]

2. The Clerk of Court shall mark this case **CLOSED**.

BY THE COURT:

*/s/ Gerald J. Pappert*
Gerald J. Pappert, J.

---

[1] Plaintiff withdrew all other counts at oral argument. (Oral Argument at 64:1-15, 71:7-20, 72:6-7).